```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 19300
    MICHAEL A MOORE
    DEBRA DRUMMER MOORE                        CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2022    SSN XXX-XX-9492

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/18/2007 and was not confirmed.

     The case was dismissed without confirmation 02/06/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
  PEOPLES GAS LIGHT & COKE   UNSECURED         312.20         .00            .00
  ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED        .00            .00
  AMERICAS FINANCIAL CHOIC   UNSECURED         293.00         .00            .00
  AMERICAN MEDICAL COLLECT   UNSECURED       NOT FILED        .00            .00
  AR RESOURCES               UNSECURED       NOT FILED        .00            .00
  BAKER MILLER MARKOFF & K   UNSECURED       NOT FILED        .00            .00
  BAY AREA CREDIT SERVICE    UNSECURED       NOT FILED        .00            .00
  BUREAU OF COLLECTION REC   UNSECURED       NOT FILED        .00            .00
  CAVALRY PORTFOLIO SERVIC   UNSECURED         516.01         .00            .00
  COMMONWEALTH EDISON        UNSECURED       NOT FILED        .00            .00
  CONTINENTAL FINANCE        UNSECURED       NOT FILED        .00            .00
  CREDIT BUREAU HUTCHINSON   UNSECURED       NOT FILED        .00            .00
  PREMIER BANKCARD           UNSECURED         456.34         .00            .00
  PREMIER BANKCARD           UNSECURED         254.56         .00            .00
  IC SYSTEMS                 UNSECURED       NOT FILED        .00            .00
  JEFFERSON CAPITAL SYSTEM   UNSECURED         951.62         .00            .00
  NATIONAL CREDIT ADJUSTER   UNSECURED       NOT FILED        .00            .00
  NATIONAL QUICK CASH        UNSECURED       NOT FILED        .00            .00
  NCA                        UNSECURED       NOT FILED        .00            .00
  PAYDAY ADV CASH TO GO      UNSECURED         177.00         .00            .00
  PEKAY & BLITSTEIN          UNSECURED       NOT FILED        .00            .00
  SALUTE VISA                UNSECURED       NOT FILED        .00            .00
  TCF BANK                   NOTICE ONLY    NOT FILED        .00            .00
  ZALUTSKY & PINSKI          NOTICE ONLY    NOT FILED        .00            .00
  ER SOLUTIONS INC           UNSECURED         187.52         .00            .00
  JEFFERSON CAPITAL SYSTEM   UNSECURED         773.39         .00            .00
  PREMIER BANKCARD           UNSECURED         468.20         .00            .00
  PREMIER BANKCARD           UNSECURED         314.50         .00            .00
  NATIONAL CAPITAL MGMT LL   UNSECURED         820.46         .00            .00
  GALWAY FINANCIAL SVC LLC   UNSECURED         565.00         .00            .00
  ZALUTSKY & PINSKI          UNSECURED        1170.00         .00            .00
  ROBERT J ADAMS & ASSOC     REIMBURSEMENT    306.33         .00          306.33
  ROBERT J ADAMS & ASSOC     DEBTOR ATTY    3,500.00                      176.61
  TOM VAUGHN                 TRUSTEE                                       41.99
  DEBTOR REFUND              REFUND                                          .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 19300 MICHAEL A MOORE & DEBRA DRUMMER MOORE
```

```
       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  524.93

PRIORITY                                            306.33
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      176.61
TRUSTEE COMPENSATION                                 41.99
DEBTOR REFUND                                          .00
                      ---------------      ---------------
TOTALS                   524.93                     524.93
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 05/23/08              /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE